# KILMER, VOORHEES & LAURICK, P.C.

A Professional Corporation
ATTORNEYS AT LAW

732 N.W. 19th AVENUE
PORTLAND, OREGON 97209

TELEPHONE (503) 224-0055
FAX (503) 222-5290

Robert B. Miller
bobmiller@kilmerlaw.com
Admitted in Oregon and Washington

February 2, 2012

*Via ECF*

Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court
Northern District of California

Re:   *Resilient Floor Covering Pension Trust Fund Board of Trustees, et al.
      v. Michael's Floor Covering, Inc.*
      U.S. District Court, Northern District of California, San Francisco Division
      Case No. CV-11-5200-JSC

Dear Judge Corley:

I am the lead attorney for Defendant Michael's Floor Covering, Inc. The initial case management conference is set for February 9, 2012, at 1:30 p.m. My office is located in Portland, Oregon, and I respectfully request the Court grant leave for me to participate by phone. Plaintiffs' counsel does not object to this request.

Sincerely,

Robert B. Miller

RBM:ltl'h
cc:   Donna L. Kirchner (via ECF)
      Katherine A. McDonough (via ECF)
I:\9823\001\Correspondence\JudgeCorley 2012-0202 CMC via phone.docx

Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

Dated: 2/2/12



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley