IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>Defendant. | Case No.: 11-5200 JSC<br><br>**ORDER RE: CASE MANAGEMENT SCHEDULING** |

The parties appeared for a Case Management Conference on February 9, 2012.  The case was referred to the Court's ADR program for mediation within 90 days.

The Court otherwise adopts the schedule set forth in the Joint Case Management Statement filed February 2, 2012.  (Dkt. No. 9).

| | |
|---|---|
| Fact Discovery Cutoff : | 5/18/12 |
| Simultaneous Designation of Experts with Reports: | 6/15/12 |
| Designation of Rebuttal Experts with Reports: | 6/29/12 |
| Expert Discovery Cutoff: | 7/20/12 |
| Last Day for filing Dispositive Motions: | 7/26/12 |
| Last Day for Dispositive Motions Hearing: | 8/30/12 |

The parties shall appear for a further Case Management Conference on May 10, 2012 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. The Joint Case Management Conference statement is due May 3, 2012.

**IT IS SO ORDERED.**

Dated:  February 10, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE