IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>Defendant. | Case No.: 11-5200 JSC<br><br>**ORDER RE: FEBRUARY 16, 2012 DISCOVERY DISPUTE (Dkt. No. 14)** |

The parties filed a Joint Statement of Discovery Dispute on February 16, 2012. (Dkt. No. 14). The parties shall submit declarations supporting their allegations of harm and any other evidence that might be helpful to the Court by February 29, 2012. The Court will hold a telephonic hearing regarding the discovery dispute on March 8, 2012 at 9:00 a.m. The parties shall contact Court Call at 1-888-882-6878 to make arrangements for their telephone appearance.

**IT IS SO ORDERED.**

Dated: February 17, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE