George M. Kraw, SBN 71551
Donna L. Kirchner, SBN 138320
Katherine McDonough SBN 241426
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Plaintiffs: Resilient Floor Covering
Pension Trust Fund Board of Trustees;
Resilient Floor Covering Pension Trust Fund

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION TRUST FUND BOARD OF TRUSTEES, and RESILIENT FLOOR COVERING PENSION TRUST FUND<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>Defendant. | Case No.: C11-5200 JSC<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND DISCOVERY CUTOFF TO JUNE 22, 2012 |

Pursuant to the stipulated request of the parties at the further Case Management Conference held on May 10, 2012,

IT IS HEREBY ORDERED that the discovery cutoff is extended to June 22, 2012.

Dated: May 10, 2012

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge