IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>Defendant. | Case No.: C11-5200 JSC<br><br>**ORDER RE: BRIEFING SCHEDULE FOR JOINT STATEMENT RE: DISCOVERY DISPUTE (Dkt. No. 35)** |

Now pending before the Court is a Joint Statement re: Discovery Dispute (Dkt. No. 35). Plaintiff requests the opportunity to submit full briefing regarding the dispute. The Court GRANTS Plaintiff's request in part.

Plaintiff shall file its Motion for a Protective Order by June 20, 2012, Defendant's opposition is due June 27, 2012, and Plaintiff's reply is due July 2, 2012. The motion and opposition are limited to 10 pages, and the reply shall be no longer than 7 pages. The motion will be heard on July 12, 2012 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 12, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE