George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (California Bar No. 138320)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Plaintiffs
Resilient Floor Covering Pension Fund, and
Board of Trustees, Resilient Floor Covering Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>　　　　Defendant. | Case No.: C 11-5200 JSC<br><br>**STIPULATION RE TIMELINESS OF CERTAIN DISCOVERY AND RE CORRECTED CAPTION ON PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

　　　　WHEREAS on May 21, 2012 Plaintiffs hand served Defense counsel with Plaintiffs' Second Set of Requests for Production of Documents which inadvertently contained the wrong case caption;

　　　　WHEREAS on May 24, 2012 Defendant hand served Plaintiffs' counsel with a second set of requests for admissions to each Plaintiff and a second set of requests for production of documents to each Plaintiff, as well as notices for two depositions which included document requests; and

　　　　WHEREAS the last day to hand serve written discovery to a party in compliance with the discovery cutoff herein was May 23, 2012;

　　　　THEREFORE,

　　　　THE PARTIES HEREBY STIPULATE that Plaintiff may replace Plaintiffs' Second Set of

1 Requests for Production of Documents with a corrected set bearing the correct case caption and
2 dated the same date as the original Plaintiffs' Second Set of Requests for Production of Documents.
3 No changes may be made to the corrected version other than correcting the identity of the correct
4 Plaintiffs, Defendant and case number. The corrected version will be deemed to have been hand
5 served on the date the original Plaintiffs' Second Set of Requests for Production of Documents was
6 hand served.

7      THE PARTIES FURTHER STIPULATE that the discovery requests and deposition notices
8 served by Defendant on May 24, 2012, as referenced above, are hereby deemed to have been served
9 on May 23, 2012.

10 Dated: June__, 2012           KRAW & KRAW

                                    */s/ Donna Kirchner*
                                    Donna L. Kirchner, Esq.
                                    Attorneys for Plaintiffs
                                    RESILIENT FLOOR COVERING PENSION FUND
                                    AND BOARD OF TRUSTEES, RESILIENT FLOOR
                                    COVERING PENSION FUND

16 Dated: June ___, 2012          KILMER, VOORHEES & LAURICK, PC
                                    BULLIVANT HOUSER BAILEY PC

                                    _____
                                    Robert B. Miller, Esq.
                                    Attorneys for Defendant
                                    MICHAEL'S FLOOR COVERING, INC.

Dated: 6/26/2012          **GRANTED**
                                 Judge Jacqueline Scott Corley
                                 UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION

I, Donna L. Kirchner, attest that signatories Robert B. Miller has read and approved the foregoing **STIPULATION RE SHORTENED TIME FOR CERTAIN DISCOVERY AND RE CORRECTED SET OF DOCUMENT REQUESTS** and has consented to its filing in this action.

                          */s/ Donna Kirchner*
                          Donna L. Kirchner