1  George M. Kraw (California Bar No. 71551)
   Donna L. Kirchner (California Bar No. 138320)
2  Katherine McDonough (California Bar No. 241426)
   Kraw and Kraw
3  605 Ellis Street, Suite 200
   Mountain View, CA 94043
4  Telephone: (650) 314-7800
   Facsimile: (650) 314-7899
5  gkraw@kraw.com
   dkirchner@kraw.com
6  kmcdonough@kraw.com

7  Counsel for Plaintiffs
   Resilient Floor Covering Pension Fund, and
8  Board of Trustees, Resilient Floor Covering Pension Fund

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12            SAN FRANCISCO / OAKLAND DIVISION

13

14  RESILIENT FLOOR COVERING          )   Case No.: C 11-5200 JSC
    PENSION FUND, et al.,             )
15                                    )   **STIPULATION RE TIMELINESS OF CERTAIN**
                                      )   **DISCOVERY AND RE CORRECTED CAPTION**
16              Plaintiffs,           )   **ON PLAINTIFFS' SECOND SET OF**
                                      )   **REQUESTS FOR PRODUCTION OF**
17        v.                          )   **DOCUMENTS**
                                      )
18  MICHAEL'S FLOOR COVERING, INC.,   )
                                      )
    Defendant.                        )
19  _____ )

20        WHEREAS on May 21, 2012 Plaintiffs hand served Defense counsel with Plaintiffs' Second

21  Set of Requests for Production of Documents which inadvertently contained the wrong case caption;

22        WHEREAS on May 24, 2012 Defendant hand served Plaintiffs' counsel with a second set of

23  requests for admissions to each Plaintiff and a second set of requests for production of documents to

24  each Plaintiff, as well as notices for two depositions which included document requests; and

25        WHEREAS the last day to hand serve written discovery to a party in compliance with the

26  discovery cutoff herein was May 23, 2012;

27        THEREFORE,

28        THE PARTIES HEREBY STIPULATE that Plaintiff may replace Plaintiffs' Second Set of

1   Requests for Production of Documents with a corrected set bearing the correct case caption and

2   dated the same date as the original Plaintiffs' Second Set of Requests for Production of Documents.

3   No changes may be made to the corrected version other than correcting the identity of the correct

4   Plaintiffs, Defendant and case number.  The corrected version will be deemed to have been hand

5   served on the date the original Plaintiffs' Second Set of Requests for Production of Documents was

6   hand served.

7            THE PARTIES FURTHER STIPULATE that the discovery requests and deposition notices

8   served by Defendant on May 24, 2012, as referenced above, are hereby deemed to have been served

9   on May 23, 2012.

10  Dated:  June___, 2012                          KRAW & KRAW

11                                                 _____/s/ Donna Kirchner_____
12                                                 Donna L. Kirchner, Esq.
                                                   Attorneys for Plaintiffs
13                                                 RESILIENT FLOOR COVERING PENSION FUND
                                                   AND BOARD OF TRUSTEES, RESILIENT FLOOR
14                                                 COVERING PENSION FUND

15

16  Dated:  June ___, 2012                         KILMER, VOORHEES & LAURICK, PC
                                                   BULLIVANT HOUSER BAILEY PC
17

18                                                 _____
                                                   Robert B. Miller, Esq.
19                                                 Attorneys for Defendant
                                                   MICHAEL'S FLOOR COVERING, INC.
20

21

22

23

24

25

26              Dated: 6/26/2012

27

28

C11-5200 JSC Stipulation re Timeliness and Corrected Caption                        *Page 2*

1

<u>ATTESTATION</u>

2        I, Donna L. Kirchner, attest that signatories Robert B. Miller has read and approved the

3  foregoing **STIPULATION RE SHORTENED TIME FOR CERTAIN DISCOVERY AND RE CORRECTED SET**

4  **OF DOCUMENT REQUESTS** and has consented to its filing in this action.

5

6                              */s/ Donna Kirchner*
                              Donna L. Kirchner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28