United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>Defendant. | Case No.: 11-5200 JSC<br><br>**AMENDED ORDER RE: JOINT STATEMENT OF DISCOVERY DISPUTE (Dkt. No. 53)** |

Now pending before the Court is the parties' Joint Statement re: Motion to Compel Further Responses to Interrogatories filed July 1, 2012.[1] (Dkt. No. 53). The statement indicates that the parties have not meaningfully met and conferred regarding the substance of the dispute over Defendant's responses to Interrogatories No. 13 and 14. This Court's Standing Order and the Local Rules require parties to meet and confer telephonically or in person prior to filing a discovery dispute.

---

[1] The discovery cut-off in this case was June 22, 2012. (Dkt. No. 31). Any motions to compel were therefore due on or before June 29, 2012. See Civil L.R. 37-3. Although the present dispute was filed after this date, the Court deems it timely filed pursuant to Local Rule 5-1(e)(5) because the delay was due to a technical failure on the part of the Court's ECF system.

Accordingly, the parties are ordered to meet and confer telephonically by Wednesday, July 11, 2012.  If the parties are unable to resolve this dispute through a meaningful meet and confer, they may refile a joint statement of discovery dispute in accordance with this Court's Standing Order.

**IT IS SO ORDERED.**

Dated:  July 5, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE