# KILMER, VOORHEES & LAURICK, P.C.

A Professional Corporation
ATTORNEYS AT LAW

732 N.W. 19th AVENUE
PORTLAND, OREGON  97209

TELEPHONE (503) 224-0055
FAX (503) 222-5290

Robert B. Miller
*bobmiller@kilmerlaw.com*
Admitted in Oregon and Washington

July 10, 2012

*Via ECF*

Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court
Northern District of California

    Re:    *Resilient Floor Covering Pension Trust Fund Board of Trustees, et al.
    v. Michael's Floor Covering, Inc.*
    U.S. District Court, Northern District of California, San Francisco Division
    Case No. CV-11-5200-JSC

Dear Judge Corley:

    I continue to be the lead attorney for Defendant Michael's Floor Covering, Inc.  The hearing on Plaintiffs' Motion for Protective Order is set for July 12, 2012, at 9:00 a.m.  Since my office is located in Portland, Oregon, I respectfully request the Court grant leave for me to participate by phone via Court Call.  Plaintiffs' counsel does not object to this request.

    Sincerely,

    */s/ Robert B. Miller*

    Robert B. Miller

RBM:ltl'h
cc:    Donna L. Kirchner (via ECF)
    Katherine A. McDonough (via ECF)

I:\9823\001\Correspondence\JudgeCorley 2012-0710 MPO hearing via phone.docx

    Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: July 10, 2012

