IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>Defendant. | Case No.: 11-5200 JSC<br><br>**THIRD ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Dkt. No. 70)** |

On August 8, 2012, the Court granted Plaintiff's Administrative Motion to File Under Seal (Dkt. No. 70). Pursuant to this Court's Standing Order and General Order 62(5), Plaintiff was to file electronically file under seal versions of the documents referenced in the Court's Order granting the Motion to Seal (Dkt. No. 81) within three days. Plaintiff has yet to electronically file under seal versions of these documents. Plaintiff shall do so by the close of business Wednesday, August 15, 2012.

**IT IS SO ORDERED.**

Dated: August 14, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE