KILMER, VOORHEES & LAURICK, P.C.
A Professional Corporation
ATTORNEYS AT LAW

732 N.W. 19th AVENUE
PORTLAND, OREGON 97209

TELEPHONE (503) 224-0055
FAX (503) 222-5290

Robert B. Miller
*bobmiller@kilmerlaw.com*
Admitted in Oregon and Washington

November 26, 2012

***Via ECF***

Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court
Northern District of California

Re: *Resilient Floor Covering Pension Trust Fund Board of Trustees, et al. v. Michael's Floor Covering, Inc.*
U.S. District Court, Northern District of California, San Francisco Division
Case No. CV-11-5200-JSC

Dear Judge Corley:

I continue to be the lead attorney for Defendant Michael's Floor Covering, Inc. A case management conference is set for Thursday, November 29, 2012, at 1:30 p.m. Since my office is located in Portland, Oregon, I respectfully request the Court grant leave for me to participate by phone via Court Call. Plaintiffs' counsel does not object to this request.

Sincerely,

*/s/ Robert B. Miller*

Robert B. Miller

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Jacqueline Scott Corley

RBM:ltl'h
cc: Donna L. Kirchner (via ECF)
Katherine A. McDonough (via ECF)
I:\9823\001\Correspondence\JudgeCorley 2012-1126 CMC via phone.docx

Counsel shall contact Court Call at 888-882-6878 to make arrangements to appear by telephone.
Dated: November 27, 2012