IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL'S FLOOR COVERING, INC.,<br><br>Defendant. | Case No.: 11-5200 JSC<br><br>**SCHEDULING ORDER RE: DEFENDANT'S MOTION FOR ATTORNEY'S FEES** |

Following the Case Management Conference on November 29, 2012, the Court hereby adopts the schedule proposed by the parties for Defendant's Motion for Attorneys Fees pursuant to Rule 54(d). Defendant shall file its moving papers on or before December 13, 2012. Plaintiffs' opposition is due January 3, 2013. Defendant's reply, if any, is due January 10, 2013. The Court will hear argument regarding the motion on January 31, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 29, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE