# KILMER, VOORHEES & LAURICK, P.C.

A Professional Corporation
ATTORNEYS AT LAW

732 N.W. 19th AVENUE
PORTLAND, OREGON  97209

TELEPHONE (503) 224-0055
FAX (503) 222-5290

Robert B. Miller
*bobmiller@kilmerlaw.com*
Admitted in Oregon and Washington

December 13, 2012

*Via ECF*

Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court
Northern District of California

    Re:    *Resilient Floor Covering Pension Trust Fund Board of Trustees, et al.
v. Michael's Floor Covering, Inc.*
U.S. District Court, Northern District of California, San Francisco Division
Case No. CV-11-5200-JSC

Dear Judge Corley:

    I continue to be the lead attorney for Defendant Michael's Floor Covering, Inc. Defendant's Motion for an Award of Attorney's Fees and Non-Taxable Costs is set for hearing on Thursday, January 31, 2013, at 9:00 a.m.  Since my office is located in Portland, Oregon, I respectfully request the Court grant leave for me to participate by phone via Court Call. Plaintiffs' counsel does not object to this request.

    Sincerely,

    */s/ Robert B. Miller*

    Robert B. Miller

Counsel shall contact Court Call at 888-882-6878 to make arrangements to appear by telephone.

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated:  December 14, 2012