| | AO44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20130011

**MAKE CHECKS PAYABLE TO:**

Donna L. Kirchner
Kraw & Kraw Law Group
605 Ellis Street
Suite 200
Mountain View, CA 94043

Phone: (650) 314-7800
FAX: (650) 314-7899

dkirchner@kraw.com

Lydia R. Zinn, RPR, CSR
Official Court Reporter
US District Court
450 Golden Gate Ave. #16-6768
San Francisco, CA 94102

Phone: (415) 531-6587
FAX (415) 522-3149
Tax ID: 26-0652507
Lydia_Zinn@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 01-02-2013   DATE DELIVERED: 01-10-2013

**Case Style:** C. 11-05200 JSC, Resilient Floor Covering v Michael's Floor Covering
9/13/2012 motion for summary judgment.
One .pdf within 30 days.
Thank you very much.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 67 | 3.65 | 244.55 | | 0.90 | | | 0.60 | | 244.55 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 244.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $244.55 |

ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Lydia Zinn*      DATE   01-10-2013

*(All previous editions of this form are cancelled and should be destroyed)*